```
                                    FILED
                                  DEC 0 8 2011
                            CLERK, U.S. DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA
                          BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 11CR04305-001-GT |
| ) | |
| v. ) | O R D E R |
| ) | |
| ARTURO GIL-BURQUEZ, ) | |
| ) | |
| Defendant. ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for January 18, 2012, is vacated and reset to February 22, 2012, at 9:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 12-8-11

*Gordon Thompson Jr.*
Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/cmc